**No. 11-195. Jose Gomes, Petitioner v. Countrywide Home Loans, Inc., et al.**

565 U.S. 959, 132 S. Ct. 419, 181 L. Ed. 2d 287, 2011 U.S. LEXIS 7188.

October 11, 2011. Petition for writ of certiorari to the Court of Appeal of Cali-

fornia, Fourth Appellate District, Division One, denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 192 Cal. App. 4th 1149, 121 Cal. Rptr. 3d 819.